No. 98–1724.   ZOSKI *v.* KEGLER.   C. A. 6th Cir.   Certiorari denied.

No. 98–1728.   WHEELING COLLEGE, INC., ET AL. *v.* CITY OF WHEELING; and

No. 98–1730.   SCHMITT *v.* CITY OF HUNTINGTON.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 98–1732.   R. F. *v.* A. C. ET AL.   App. Ct. Mass.   Certiorari denied.

No. 98–1734.   BYLINSKI ET AL. *v.* CITY OF ALLEN PARK ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 98–1736.   ROWE *v.* MARIETTA CORP. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 98–1737.   IN RE PAPPAS.   C. A. 11th Cir.   Certiorari denied.

No. 98–1741.   DOUGLASS *v.* GENERAL MOTORS CORP.   C. A. 10th Cir.   Certiorari denied.

No. 98–1750.   KALEY, SHERIFF OF PORTAGE COUNTY, ET AL. *v.* GALLO ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 98–1752.   GRANDEOTTO, INC., ET AL. *v.* CITY OF CLARKSBURG.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 98–1753.   CITY OF FORT SMITH *v.* KRANTZ ET AL.; and

No. 98–1754.   CITY OF ALMA ET AL. *v.* KRANTZ ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 98–1758.   PARKWOOD DEVELOPMENTAL CENTER, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 98–1762.   STEICHEN *v.* SOUTH DAKOTA.   Sup. Ct. S. D.   Certiorari denied.

No. 98–1767.   WEST *v.* WEST.   C. A. 9th Cir.   Certiorari denied.